No. 34. GEORGE F. SHAFER, ATTORNEY GENERAL OF THE STATE OF NORTH DAKOTA, ET AL. *v.* FARMERS GRAIN COMPANY OF EMBDEN ET AL. Appeal from the District Court of the United States for the District of North Dakota. Argued May 4, 1923. Order entered January 5, 1925.

This cause is restored to the docket for reargument on all the questions involved, particularly including the following:

1. Whether the North Dakota statute of 1922 differs materially in its provisions and operation from the statute of 1919 which was held invalid by this Court in *Lemke* v. *Farmers Grain Co.*, 258 U. S. 50, and *Lemke* v. *Homer Farmers Elevator Co.*, 258 U. S. 65.

2. Whether and to what extent § 17 of the statute of 1922 gives effect to and continues in force the provisions of the statute of 1919.

3. Whether and in what particulars the statute of 1922 encroaches upon the field of regulation occupied by the United States Grain Standards Act or conflicts with that act or with its administration.

*Mr. Seth W. Richardson,* with whom *Mr. George F. Shafer,* Attorney General of North Dakota, was on the brief, for appellants. *Mr. David F. Simpson,* with whom *Mr. H. A. Libby, Mr. Wm. A. Lancaster, Mr. John Junell, Mr. Jas. E. Dorsey* and *Mr. Robert Driscoll* were on the brief, for appellees.